

NUMBER 13-19-00457-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RUBEN NUNEZ JR.,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                 Appellee.

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's fifth motion for extension of time to file the brief. Appellant's brief was originally due to be filed on February 26, 2020, and this Court has previously granted appellant four extensions for the filing of appellant's brief in this cause.

The Court, having fully examined and considered appellant's fifth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's fifth motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's fifth motion for extension of time to file the brief is hereby GRANTED IN PART, and the Honorable Hector Bustos, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before November 9, 2020. Further motions for extension of time absent exigent circumstances will not be favorably entertained by the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of October, 2020.